MEMO ENDORSED

**The Fu Firm PLLC**
43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

October 31, 2026

**BY ECF AND EMAIL RomanNYSDChambers@nysd.uscourts.gov**
Hon. Nelson S. Román
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:** ***Sparks-Tillman v. Siemens Healthcare Diagnostics Inc.*****, 25-CV-09840 (NSR)(AEK)**

Dear Judge Román:

I represent Plaintiff in the above-referenced action and write on behalf of all parties to request an adjournment of the post-discovery status conference scheduled for November 6, 2026 (ECF No. 16). By Order dated October 14, 2026 (ECF No. 28), Magistrate Judge Krause extended the deadline to complete fact depositions to December 11, 2026 and the deadline to complete all discovery to January 15, 2027, scheduled a further discovery conference for December 4, 2026, and directed the parties to request an adjournment of the November 6, 2026 conference.

Accordingly, the parties respectfully request that the conference be adjourned. The parties are available on Thursday, January 28, Thursday, February 4, Friday, February 5, or any other later date convenient to the Court. This is the first request for an adjournment of this conference. The adjournment would not affect any other scheduled dates.

Respectfully submitted,

*/s/ Yan Fu*
Yan Fu

cc: Counsel of record (by ECF)

**The conference previously set for November 6, 2026 is hereby adjourned until February 4, 2027 at 2:00 PM. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 29.**

**Dated: November 2, 2026**
**White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge